UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| National Erectors Rebar, Inc., | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Weaver Cooke Construction, LLC, | ) | No. 5:15-CV-135-BR |
| and National Reinforcing Systems, Inc., | ) | |
|     Appellees. | ) | |
| | ) | |
| | | |
| National Erectors Rebar, Inc., | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Weaver Cooke Construction, LLC, | ) | No. 5:15-CV-279-BR |
| and National Reinforcing Systems, Inc., | ) | |
|     Appellees. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 10 September 2014 and 12 March 2015 orders of the bankruptcy court are AFFIRMED.

**This judgment filed and entered on January 28, 2016, and served on:**

Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)
Eric G. Sauls (via CM/ECF Notice of Electronic Filing)
Jeffrey D. Keister (via CM/ECF Notice of Electronic Filing)
Jeffrey B. Kuykendal (via CM/ECF Notice of Electronic Filing)
C. Hamilton (Hank) Jarrett, III (via CM/ECF Notice of Electronic Filing)
Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)

Paul E. Davis  (via CM/ECF Notice of Electronic Filing)
Douglas P. Jeremiah (via CM/ECF Notice of Electronic Filing)

January 28, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk